| | | |
|---|---|---|
| People v Knight (Christopher) | 1st Dept: 146 AD3d 536 (NY) | denied 3/14/17 (Fahey, J.) |
| People v Knight (Willis) | 4th Dept: 145 AD3d 1626 (Monroe) | denied 3/2/17 (Rivera, J.) |
| People v Lambert | 1st Dept: 146 AD3d 607 (NY) | denied 3/30/17 (Rivera, J.) |
| People v Lebron | 1st Dept: 145 AD3d 642 (NY) | denied 3/30/17 (Rivera, J.) |
| People v Leiva | 1st Dept: 144 AD3d 599 (Bronx) | denied 3/13/17 (Abdus-Salaam, J.) |
| People v Lopez | 4th Dept: 144 AD3d 1628 (Onondaga) | denied 3/22/17 (Rivera, J.) |
| People v Machado | 4th Dept: 144 AD3d 1633 (Livingston) | denied 3/21/17 (Garcia, J.) |
| People v Maldonado | 2d Dept: 144 AD3d 706 (Suffolk) | denied 3/29/17 (Garcia, J.) |
| People v Maley | 2d Dept: 146 AD3d 815 (Queens) | denied 3/22/17 (Garcia, J.) |
| People v Manigault | 4th Dept: 145 AD3d 1428 (Erie) | denied 3/21/17 (Garcia, J.) |
| People v Mansilla | 4th Dept: 143 AD3d 1263 (Oneida) | denied 3/29/17 (Stein, J.) |
| People v Marshall | App Term, 1st Dept: 54 Misc 3d 130(A) (NY) | denied 3/21/17 (Garcia, J.) |
| People v Martin | 4th Dept: 145 AD3d 1443 (Erie) | denied 3/21/17 (Garcia, J.) |
| People v Martinez | App Div, 1st Dept: 2016 NY Slip Op 80797(U) (NY) | dismissed 3/21/17 (Garcia, J.) |
| People v Mayhand | 4th Dept: 144 AD3d 1616 (Monroe) | denied 3/21/17 (Garcia, J.) |
| People v McCarthy (Joshua) | 4th Dept: 145 AD3d 1572 (Wyoming) | denied 3/6/17 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v McCarthy (Joshua) | 4th Dept: 145 AD3d 1573 (Wyoming) | denied 3/6/17 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v McClennon | 1st Dept: 145 AD3d 564 (NY) | denied 3/14/17 (Fahey, J.) |
| People v McKenzie | App Div, 2d Dept: 2016 NY Slip Op 95323(U) (Kings) | dismissed 3/16/17 (Stein, J.) |
| People v Miller (Quanel) | 1st Dept: 146 AD3d 501 (Bronx) | denied 3/30/17 (Stein, J.) |
| People v Miller (Taryn) | 1st Dept: 145 AD3d 593 (NY) | denied 3/31/17 (Fahey, J.) |
| People v Mitchell | App Div, 2d Dept: 2016 NY Slip Op 92811(U) (Queens) | dismissed 3/1/17 (Fahey, J.) |
| People v Modeste | 2d Dept: 144 AD3d 1177 (Queens) | denied 3/21/17 (Garcia, J.) |
| People v Morin | 2d Dept: 146 AD3d 901 (Westchester) | denied 3/29/17 (Garcia, J.) |